```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE WESTERN DISTRICT OF TENNESSEE
                        WESTERN DIVISION
```

**RICHARD MARTIN,**

    **Plaintiff,**

**V.**                                                      **NO. 11-3142-Ma**

**METHODIST LEBONHEUR HEALTHCARE,**
**LYNN WILSON and DOES 1 THROUGH**
**10, INCLUSIVE,**

    **Defendants.**

### ORDER OF DISMISSAL

The parties have submitted a Stipulation of Dismissal indicating that this matter may be dismissed with prejudice. This case is therefore dismissed in its entirety with prejudice. Each party shall bear its own costs and attorney's fees.

It is SO ORDERED this 26th day of June, 2013.

                                                  *s/ Samuel H. Mays, Jr.*
                                                SAMUEL H. MAYS, JR.
                                                UNITED STATES DISTRICT JUDGE