UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

**RICHARD MARTIN,**

    **Plaintiff,**

**V.**                                                              **NO. 11-3142-Ma**

**METHODIST LEBONHEUR HEALTHCARE,
LYNN WILSON and DOES 1 THROUGH
10, INCLUSIVE,**

    **Defendants.**


# JUDGMENT

    Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that this action is dismissed with prejudice in accordance with the Order of Dismissal, docketed June 26, 2013.  Each party shall bear its own costs and attorney's fees.


**APPROVED:**


  *s/ Samuel H. Mays, Jr.*
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE


| *June 26, 2013* | THOMAS M. GOULD |
|---|---|
| DATE | CLERK |
|  | *s/ Zandra Frazier* |
|  | (By) DEPUTY CLERK |